# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ABEL DANIEL BERHE** | **CIVIL ACTION NO. 24-0407** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TIM DUCOTE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 17] of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Abel Daniel Berhe's petition is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-urge his claim of prolonged detention if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not likely in the reasonably foreseeable future.

MONROE, LOUISIANA, this 9th day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE